# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2025

## NO. 03-23-00234-CV

**Siller Preferred Services, LLC, Appellant**

**v.**

**Ana Piedra Bravo, Kevin Pereyra, and Bravo-Drewy Enterprises, LLC, Appellees**

### APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND CRUMP
### AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on April 5, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.